**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **TYRONE CAMERON,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**CITY OF DES MOINES, et al.,**<br>**Defendants.** | **CASE NO.: 4:23-cv-00280**<br><br>**JOINT STATUS REPORT** |

**COME NOW**, the Parties, through their respective counsel, and for this Joint Status Report to the Court state:

1. On February 26, 2026, the Eighth Circuit reversed the grant of summary judgment on Plaintiff's failure-to-warn claim against Defendant Daobandon Meunsaveng.

2. The Eighth Circuit also remanded Plaintiff's Iowa common law tort claims for further consideration by the district court in light of the reversal of the failure-to-warn claim. A ruling on this question remains pending.

3. Due to Plaintiff being federally incarcerated, the parties are working to perpetuate Plaintiff's testimony for trial. On October 20, 2026, the facility communicated to Plaintiff's counsel the information counsel must provide before a video deposition can be approved for scheduling, including details on any equipment to be brought into the facility. Plaintiff's counsel forwarded the communication with the facility to Defendant's counsel. Plaintiff's counsel is preparing the information requested and expects to provide it to the facility by the end of this week.

4. The parties agree that discovery is otherwise completed.

**WHEREFORE**, the Parties provide the Court with this Status Report.

**BOLES WITOSKY STEWART LAW PLLC**

BY: */s/ Adam C. Witosky*
Adam C. Witosky AT0010436
Matthew M. Boles AT0001037
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
Email: adam@bwsiowa.com
matt@bwsiowa.com
**ATTORNEYS FOR PLAINTIFF**

By: */s/John O. Haraldson*
John O. Haraldson AT0003231
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, Iowa 50309-1891
Telephone: (515) 283-4072
Facsimile: (515) 237-1748
Email: joharaldson@dmgov.org
**ATTORNEY FOR DEFENDANTS**

**PROOF OF SERVICE**

The undersigned certifies that this instrument was **electronically filed** on CM/ECF on October 26, 2026. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

*/s/ Tami Fairchild*